HARVEY P. SACKETT

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAY S. LINGENFELTER, | No.: 3:12-cv-03114- JST |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR DISMISSAL |
| CAROLYN W. COLVIN,[1] Acting Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice.  Each party shall bear their own attorney's fees and costs.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Commissioner Michael J. Astrue as Defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

STIPULATION AND ORDER FOR DISMISSAL

|   |   |
|---|---|
|   | MELINDA L. HAAG<br>United States Attorney |
| Dated: April 15, 2013 | /s/<br>ANNABELLE J. YANG<br>Special Assistant U.S. Attorney<br>Social Security Administration<br>Attorney for the Defendant |
| Dated:  April 15, 2013 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>JAY S. LINGENFELTER |

IT IS SO ORDERED.

Dated: April 15, 2013

HON. JON S. TIGAR
United States District Judge

STIPULATION AND ORDER FOR DISMISSAL